**Motion Dismissed and Memorandum Dissent on Order filed September 7, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00511-CR

---

### TROY EDWARD HOLT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the
Yoakum County, Texas
Trial Court Cause No. CR11922**

---

### MEMORNADUM DISSENT ON ORDER

It is well established that a defendant is not entitled to hybrid representation, and I agree with the majority that we need not consider the merits of appellant's pro se motion for rehearing. *See Ex parte Bohannan*, 350 S.W.3d 116, 116 n.1 (Tex. Crim. App. 2011) (when habeas applicant was represented by counsel, court must disregard and take no action on pro se filings); *Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007) ("[T]rial court is free to disregard any pro se

motions presented by a defendant who is represented by counsel.").

Appellant is still represented by appointed counsel, and it is not clear from the record whether appellant's counsel received a copy of this motion. I would notify appellant's appointed counsel and give counsel ten days to respond before we dismiss appellant's motion.

Because the majority dismisses appellant's motion for rehearing without notifying his appointed counsel, I respectfully dissent.


/s/    Charles A. Spain
Justice

Panel consists of Chief Justice Christopher and Justices Jewell and Spain (Spain, J., dissenting).

Do Not Publish — Tex. R. App. P. 47.2(b).